UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-62536-RAR

**COMMODITY FORWARDERS, INC.**,

    Plaintiff,

v.

**BURBANO CORPORATION**, and
**LUIS BURBANO**,

    Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court on Plaintiff's Motion to Enforce Settlement and for Entry of Judgment [ECF No. 13] ("Motion"). The Motion was referred to the Honorable Jared M. Strauss, United States Magistrate Judge, for a Report and Recommendation ("Report"). *See* [ECF No. 14]. The Court has carefully reviewed Magistrate Judge Strauss's Report [ECF No. 17], as well as the entire record. As of the date of this Order, no party has filed any objection to the Report, and the time to do so pursuant to Local Magistrate Rule 4(b) has elapsed.

When a magistrate judge's "disposition" has properly been objected to, district courts must review the disposition *de novo*. FED. R. CIV. P. 72(b)(3). However, when no party has timely objected, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72 advisory committee's notes (citation omitted). Although Rule 72 itself is silent on the standard of review, the Supreme Court has acknowledged Congress's intent was to only require a *de novo* review where objections have been properly filed, not when neither party objects. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate [judge]'s

factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

Because no party has filed an objection to the Report, the Court did not conduct a *de novo* review of Magistrate Judge Strauss's findings. Rather, the Court reviewed the Report for clear error. Finding none, it is

**ORDERED AND ADJUDGED** as follows: (1) the Report [ECF No. 17] is hereby **AFFIRMED** and **ADOPTED**; (2) the Motion [ECF No. 13] is **GRANTED**; and (3) a Final Judgment will be entered by separate Order.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 28th day of April, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**